UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-                                                          Case No.  8:05-cr-537-T-24 TBM

ROBERT DALE ROBERTS

_____/

**ORDER**

This cause comes before the Court on Defendant Robert Dale Roberts' Motion for § 3621(e) Consideration.[1] (Doc. No. 62). In this motion, Defendant asks the Court to reduce his sentence by one year due to his prior substantial assistance.

On May 17, 2010, the Government filed a Rule 35(b) motion suggesting that the Court depart downward one year from Defendant's original 120 month sentence. The Court granted the motion and reduced Defendant's sentence to 108 months in the Bureau of Prisons.

Defendant is not satisfied with the one year reduction and believes that more of a reduction should have been granted. The Court has considered the instant motion and the Government's Rule 35(b) motion, as well as the entire case file, and has determined that Defendant's motion should be denied.

Accordingly, it is ORDERED AND ADJUDGED that Defendant's motion (Doc. No. 62) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 6th day of May, 2011.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Al Parties and Counsel of Record

---

[1] It is unclear to the Court why Defendant is seeking § 3621(e) consideration. The Court presumes that Defendant is referring to 18 U.S.C. § 3621(e), which provides that the Bureau of Prisons can reduce certain prisoners' sentences after they have successfully completing a substance abuse treatment. However, this statute does not appear to be relevant to the instant motion.